# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0826
Lower Tribunal No. 20-1910F

_____

SHAHZAD NAZIR SAYED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Scott H. Cupp, Judge.

December 5, 2025

PER CURIAM.

Appellant, Shahzad Nazir Sayed ("Appellant"), appeals his sentence entered following his no contest plea to one charge of aggravated manslaughter of a child.[1] Appellant argues that the trial court erred by denying his request for a downward departure sentence, and that one of the cost impositions in the judgment for his sentence fails to cite to the applicable authority for the cost.

---

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.

We determine that we have jurisdiction over Appellant's appeal as it pertains to the denial of his request for a downward departure, *Caviness v. State*, No. 23-3661, 2025 WL 2737847, at *1 (Fla. 6th DCA Sept. 26, 2025), but we find no error in the trial court's denial of the request. Therefore, we affirm on that issue.

As to the cost imposition, we affirm on that issue for the reasons set forth in *Kim v. State*, No. 24-0197, 2025 WL 2884470, *1 (Fla. 6th DCA Oct. 10, 2025), and *Spiro v. State*, 418 So. 3d 316 (Fla. 6th DCA 2025). We also certify this decision to be in direct conflict with *Dibelka v. State*, 326 So. 3d 835 (Fla. 2d DCA 2021), *R.T.D. v. State*, 679 So. 2d 1263 (Fla. 2d DCA 1996), and *Williams v. State*, 285 So. 3d 1003 (Fla. 1st DCA 2019).

AFFIRMED. CONFLICT CERTIFIED.

SMITH, MIZE and GANNAM, JJ., concur.


Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney general, Tallahassee, and Wendy Buffington, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED